## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**SEAN D. PHILBROOK,**              :

    **Petitioner**              :     **CIVIL ACTION NO. 3:15-0090**

**v.**                              :           **(JUDGE MANNION)**

**CAPTAIN SPAULDING,**              :

    **Respondent**              :

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Mehalchick, **(Doc. 15)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the petition for writ of habeas corpus, **(Doc. 1)**, is **DENIED**;

**(3)** a certificate of appealability **SHALL NOT ISSUE**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.


                    s/ *Malachy E. Mannion*
                    **MALACHY E. MANNION**
                    **United States District Judge**

**Date:  July 11, 2016**